# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA INTERNATIONAL   :
PUBLIC CHARTER SCHOOL                 :
                                             :

       Plaintiff,                        :
                                               :

         v.                           :
                                           :     Case No. 23-CV-2111 (ACR/MAU)

CHAD BIERMAN, *et al*.              :
                                           :

       and                          :
                                           :

DISTRICT OF COLUMBIA,         :
                                      :
       Defendants.                   :

## <u>JOINT STIPULATION OF DISMISSAL</u>

COMES NOW, Plaintiff and Defendants, by and through undersigned counsel, and respectfully stipulate that Case No. 23-cv-2111 may be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). The parties have settled the claims.

Respectfully submitted,

_____/s/___*Lauren E. Baum*___
Lauren E. Baum, Esq.
D.C. Bar No. 989351
Law Office of Lauren E. Baum, PC
240 W Main St
Suite 100 - V32
Charlottesville, VA 22902
202-450-1396
l.baum@laurenebaumlaw.com

*Counsel for Plaintiff*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Steven N. Rubenstein*
STEVEN N. RUBENSTEIN [1013094]
Acting Chief, Civil Litigation Division Section II

*/s/ Tasha Hardy/snr*

TASHA HARDY [974511]
Assistant Attorney General
400 6th Street, NW
Washington, D.C.  20001
(202) 724-7794
(202) 741-8953 (fax)
tasha.hardy@dc.gov

*Counsel for Defendant District of Columbia*


_____/s/_____
Michael J. Eig                    #912733
Paula A. Rosenstock        #494580
Matthew B. Bogin            #911552
Meghan M. Probert          #1004929

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland  20815
(301) 657-1740

*Counsel for Defendants Chad Bierman and
Katherine Newell*

2